In the matter of MICHAEL R. PERRELLA, an attorney-at-law.

October 26, 1970. It is Ordered that the name of Michael R. Perrella of Jersey City is stricken from the roll of attorneys at law of New Jersey and further Ordered that he is permanently enjoined from the practice of law. (Opinion reported at 57 *N. J.* 98).

In the Matter of CHARLES A. TUPPER, an attorney-at-law.

October 26, 1970. It is Ordered that Charles A. Tupper of Point Pleasant is suspended for a period of one year and until further order of the Court, and it is further Ordered that he is enjoined from the practice of law during such suspension. (Opinion reported at 57 *N. J.* 94.)

In the Matter of BUDD M. RIGG, an attorney-at-law.

December 21, 1970. It is Ordered that Budd M. Rigg of Bordentown is suspended for a period of two years and until further order of the Court effective January 4, 1971, and that he be enjoined from the practice of law during such suspension. (Opinion reported at 57 *N. J.* 288.)

In the Matter of LE ROY H. STAMPFLE, an attorney-at-law.

December 15, 1970. It is Ordered that the resignation of LeRoy H. Stampfle of Point Pleasant, as a member of the bar of New Jersey be accepted, with prejudice, pursuant to Rule 1:20–10.